

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 093
TRENTON, NJ 08625-0093

JON S. CORZINE
*Governor*

ANNE MILGRAM
*Attorney General*

ROBERT J. GILSON
*Director*

November 27, 2007

<u>By Electronic Filing</u>

Hon. Katharine S. Hayden
U.S. District Court Judge
U.S. P.O. & Courthouse Bldg.
P.O. Box 999
Newark, NJ 07101-0999

Re:  *New York Susquehanna & Western Railway Corp. v. New Jersey Department of Environmental Protection, et al.*, CV-05-4010 (KSH)

Dear Judge Hayden:

This letter is submitted on behalf of Defendant/Third Party Plaintiff New Jersey Department of Environmental Protection ("DEP") in response to the proposed order of dismissal filed in the referenced action by Third Party Defendant MHF Logistical Solutions, Inc. ("MHF"). MHF relies on the October 4, 2007 hearing in this case for its proposed order. However, the parties have recently undertaken settlement discussions. Entry of this order could thwart these multiparty settlement efforts.

Accordingly, the DEP requests that the Court withhold signing the proposed order to afford the parties additional time to attempt to resolve the matter. The parties intend to discuss the status of these settlement discussions with U.S. Magistrate Judge



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-1309    • FAX: (609) 341-5031
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

November 27, 2007
Page 2

Falk at the telephone conference already scheduled for tomorrow,
November 28, 2007.  We thank the Court for its attention.

Respectfully,

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _____
    Gwen Farley
    Deputy Attorney General

cc:  Hon. Mark Falk (by fax to 973-645-3097)
     All Counsel on Attached Service List