Ex. A

EXHIBIT A