Ex. B

Exhibit B


Case 2:05-cv-04010-KSH-MF   Document 283-2   Filed 11/06/08   Page 2 of 2 PageID: 5606

