

## State of New Jersey

JON S. CORZINE
*Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 093
TRENTON, NJ 08625-0093

ANNE MILGRAM
*Attorney General*

ROBERT J. GILSON
*Director*

October 24, 2008

Honorable Katharine S. Hayden U.S.D.J.
United States Post Office and Courthouse Bldg., Room 311
PO Box 999
Newark NJ 07101-0999

Re: NYS&W v. Jackson et al.
    Civil Action No. 05-4010 (KSH)

Dear Judge Hayden:

Enclosed please find a proposed Judicial Consent Order resolving the remaining issues in this litigation which has been signed by all parties to the litigation. We respectfully request that the Court sign the enclosed draft order and return a conformed or duplicate copy to us.

The parties will make themselves available to discuss if the Court so wishes. Thank you.

Respectfully submitted,

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _____
    Kevin P. Auerbacher
    Deputy Attorney General

KPA/bjz
c:  The Honorable Mark Falk, U.S.M.J.
    John McKinney, Esq.
    Samuel Moulthrop, Esq.
    John Scagnelli, Esq.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-1411 • FAX: (609) 341-5031
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*